IN THE SUPREME COURT OF THE STATE OF NEVADA

| | |
|---|---|
| THE MIRAGE CASINO-HOTEL, LLC, AS SUCCESSOR-IN-INTEREST OF THE MIRAGE CASINO-HOTEL, Petitioner, vs. THE EIGHTH JUDICIAL DISTRICT COURT OF THE STATE OF NEVADA, IN AND FOR THE COUNTY OF CLARK; AND THE HONORABLE RICHARD SCOTTI, DISTRICT JUDGE, Respondents, and MARIAN MALITA; AND SILVANA MALITA, HUSBAND AND WIFE, Real Parties in Interest. | No. 79730 |

FILED

NOV 06 2019

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY_____
DEPUTY CLERK

## *ORDER DENYING PETITION FOR WRIT OF MANDAMUS*

This original petition for a writ of mandamus challenges a February 2019 district court order denying summary judgment under the Nevada Industrial Insurance Act's exclusive remedy provision.

Having reviewed the petition and supporting documentation, we conclude that our extraordinary intervention is not warranted. NRAP 21(b). Generally, we will not consider writ petitions challenging orders denying summary judgment, and we are not persuaded that any exception to the general rule applies here. *Smith v. Eighth Judicial Dist. Court*, 113 Nev. 1343, 1344, 950 P.2d 280, 281 (1997). Petitioner has an adequate legal remedy in the form of an appeal from any adverse final judgment. *See* NRS

19-45702

34.170; *Pan v. Eighth Judicial Dist. Court*, 120 Nev. 222, 224, 228, 88 P.3d 840, 841, 844 (2004). Accordingly, we

ORDER the petition DENIED.[1]

_____, C.J.
Gibbons

_____, J.
Parraguirre

_____, J.
Cadish

cc: Hon. Richard Scotti, District Judge
Pyatt Silvestri
Campbell & Williams
Eighth District Court Clerk

---

[1]In light of this order, petitioner's emergency motion to stay the district court proceedings is denied as moot.